### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANITA CROAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No: 08-CV-2587 CM/KGS |
| | ) |
| LANDMARK BANCORP, INC., d/b/a | ) |
| LANDMARK NATIONAL BANK, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant Landmark Bancorp, Inc., d/b/a Landmark National Bank, by and through undersigned counsel, and moves this Court for an Order granting summary judgment to Defendant on Plaintiff's Complaint pursuant to Rule 56, Fed.R.Civ.Proc. Based upon pleadings and discovery, as well as the applicable law, Plaintiff has no cause of action against this Defendant. As a matter of law, Plaintiff's Complaint should be dismissed and summary judgment should be granted in favor of Defendant.

Said Motion is supported by the Memorandum in Support filed herein.

Respectfully submitted,

/s/ Mark R. Euler
Karen J. Halbrook (Kan. #14299)
Mark R. Euler  (Kan. #23322)
THE HALBROOK LAW FIRM, PC
3500 West 75th Street, Suite 300
Prairie Village, Kansas 66208
TEL: (913) 529-1188
FAX: (913) 529-1199
E-MAIL: khalbrook@halbrooklaw.com
E-MAIL: meuler@halbrooklaw.com
ATTORNEYS FOR DEFENDANT

<u>Certificate of Service</u>

  The undersigned certifies that the foregoing was served electronically via operation of the Court's CM/ECF system, to Mr. Kevin D. Weakley and Mr. Marty T. Jackson, Wallace, Saunders, Austin, Brown and Enochs, Chartered, 10111 West 87th Street, Overland Park, KS 66282, attorneys for plaintiff, on this 9th day of September, 2009.

              <u>/s/ Mark R. Euler</u>
              Attorney for Defendant