# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANITA CROAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 08-2587-CM-KGS |
| | ) |
| | ) |
| LANDMARK BANCORP, INC., d/b/a | ) |
| LANDMARK BANCORP NATIONAL BANK, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** pursuant to the Memorandum and Order filed January 13, 2010,  plaintiff to take nothing and the action is dismissed on the merits.  Defendant to recover costs of action from plaintiff.

Date: January 13, 2010						TIMOTHY M. O'BRIEN
								Clerk of the Court


								By:  s/ Jennifer Walton
								Jennifer Walton, Deputy Clerk